|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | DISTRICT OF NEVADA | |

UNITED STATES OF AMERICA,   )
           Plaintiff,   )
           v.   )    2:10-CR-167-RLH (GWF)
KORTNEY JOHNSON,   )
           Defendant.   )

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on June 22, 2011, defendant KORTNEY JOHNSON pled guilty to Count One of a One-Count Criminal Indictment charging him in Count One with Felon in Possession of a Firearm in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). Docket #6.

This Court finds defendant KORTNEY JOHNSON agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment and in the Bill of Particulars. #6, #16.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Bill of Particulars the offenses to which defendant KORTNEY JOHNSON pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

. . .

1. Glock, Model 34, 9mm caliber pistol, serial number GTD826;

2. Russian M91/30, 7.62 caliber rifle, serial number 9130045148;

3. Star, Bonifacio Echeverria Ultra Star, 9mm pistol, serial number 2174183 and eight rounds of 9 mm ammunition;

4. Springfield Armory, Model XP-9, 9mm pistol, serial number US851260;

5. One round of Winchester-Western 9 mm ammunition;

6. Twelve rounds of assorted 12 gauge shotgun ammunition;

7. One round of Speer .357 magnum ammunition; and

8. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of KORTNEY JOHNSON in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __16th__ day of __November__, 2011.

_____
UNITED STATES DISTRICT JUDGE