UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:10-cr-167-RLH-GWF |
| vs. | ) | **O R D E R** |
| KORTNEY JOHNSON, | ) | (Motion for Return of Property–#57) |
| Defendant. | ) | |

Before the Court is the Motion of Howard James Varner, for Return of Property Subject to Forfeiture Pursuant to 21 U.S.C. Section 853(n(2) (#57, filed November 3, 2011). No Response or Opposition has been filed by the Government or any other interested parties.

Movant Howard James Varner establishes that the property he seeks, a Springfield Armory, Model XK-9 9mm pistol with serial number US851260, belongs to him, that it was stolen in Las Vegas, Nevada, in May 2008, from his vehicle while visiting here. He has provided a concealed weapon permit identifying the weapon and a copy of the theft report.

Local Criminal Rule LCR 47-9 provides that, "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

Accordingly, the Government, by its failure to oppose the motion has consented to the Court's granting of the motion. Furthermore, the motion establishes that Varner has the right to have the property returned.

IT IS THEREFORE ORDERED that Howard James Varner's Motion for Return of Property (#57) is GRANTED and the Government is ordered to return the property to him forthwith.

Dated: December 1, 2011.

_____
Roger L. Hunt
United States District Judge