1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,                    )
                                                )
9                        Plaintiff,             )
                                                )
10             v.                               )        2:10-CR-167-RLH (GWF)
                                                )
11 KORTNEY JOHNSON,                             )
                                                )
12 _____Defendant._____)

13

14                **AMENDED FINAL ORDER OF FORFEITURE**

15         On June 23, 2011, the United States District Court for the District of Nevada entered a

16 Preliminary Order of Forfeiture as to KORTNEY JOHNSON pursuant to Fed. R. Crim. P. 32.2(b)(1)

17 and (2); Title 18, United States Code, Section and 924(d)(1) and Title 28, United States Code, Section

18 2461(c), based upon the plea of guilty by defendant KORTNEY JOHNSON to a criminal offense,

19 forfeiting specific property alleged in the Criminal Indictment and in the Bill of Particulars and agreed

20 to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense

21 to which defendant KORTNEY JOHNSON pled guilty. Docket #6, #42, #43, #44.

22         On September 30, 2011, the United States District Court for the District of Nevada entered

23 a Final Order of Forfeiture as to Defendant KORTNEY JOHNSON  pursuant to Fed. R. Crim. P.

24 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code,

25 forfeiting property of the defendant KORTNEY JOHNSON to the United States. #49.

26 . . .

This Court finds the United States of America published the notice of the forfeiture as to Defendant KORTNEY JOHNSON in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 25, 2011, through July 24, 2011, notifying all parties of their right to petition the Court. #47.

On September 28, 2011, CRAIG SOUCY was served by personal service a copy of the Preliminary Order of Forfeiture and the Notice. #50.

On October 19, 2011, the Petition, Stipulation for Return of Property and Order was filed. #52. On October 20, 2011, the Court entered the Order granting the Petition, Stipulation for Return of Property. #53.

On October 10, 2011, HOWARD JAMES VARNER was served by personal service a copy of the Preliminary Order of Forfeiture and the Notice. #56.

On November 3, 2011, HOWARD VARNER's Motion for Return of Property Subject to Forfeiture was filed. #57. On December 1, 2011, the Court entered its Order granting the Motion for Return of Property Subject to Forfeiture. #60.

This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

. . .

. . .

1.      Glock, Model 34, 9mm caliber pistol, serial number GTD826;
2.      Russian M91/30, 7.62 caliber rifle, serial number 9130045148;
3.      Star, Bonifacio Echeverria Ultra Star, 9mm pistol, serial number 2174183 and eight rounds of 9 mm ammunition;
4.      Springfield Armory, Model XP-9, 9mm pistol, serial number US851260;
5.      One round of Winchester-Western 9 mm ammunition;
6.      Twelve rounds of assorted 12 gauge shotgun ammunition;
7.      One round of Speer .357 magnum ammunition; and
8.      any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___14th___ day of ___December___, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Dana A. Chrystall, Forfeiture Support Associate Paralegal, certify that the following

individuals were served with a copy of the Amended Final Order of Forfeiture on December 13,

2011, by the below identified method of service:

CM/ECF:

Paul Riddle
Federal Public Defender
411 E. Bonneville Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
*Counsel to the Defendant Kortney Johnson*

Howard James Varner
6711 East Ridgecrest Road
Cave Creek, AZ 85331

Craig E Soucy
6067 Black Gold Street
N Las Vegas, NV 89031

/s/ Dana A. Chrystall
Dana A. Chrystall
Forfeiture Support Associate Paralegal